1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2716
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:00-CR-00300 LKK |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | |
| ROBERTO ESPINOSA-MENDOZA, | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant ROBERTO ESPINOSA-MENDOZA in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrants are recalled.

Dated: May 15, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order Dismissing Indictment

1